AO 91 (Rev. 01/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### District of New Mexico

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No: 23-1306 MJ |
| Alfonso CHAVEZ-Rodriguez  *ANFINSON* | ) | |
| *AKA NATHAN ISAIAH Anthony* | ) | |
| *Defendant(s)* | ) | |

*GJF*
*8/21/23*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.  On or about the date of <u>August 18, 2023</u> in the county of <u>Dona Ana</u> in the  State and  District of <u>New Mexico</u>, the defendant violated <u>8</u> U.S.C. <u>§1326(a)(1)/(b)(2)(Re-Entry After Deport Agg Felon)</u>, an offense described as follows:

an alien, who had been previously arrested and deported from the United States, subsequent to being convicted of an aggravated felony, to wit: Robbery, and who had not received the consent of the appropriate authority of the United States to reapply for admission into the United States, was found in the United States, being willfully in the United States unlawfully.

This criminal complaint is based on these facts:

On August 18, 2023, a United States Border Patrol Agent encountered the Defendant in Dona Ana County, New Mexico. The Agent questioned the Defendant as to his citizenship to which the Defendant stated that he was a citizen and national of Mexico, present in the United States without Immigration Documents that would allow him to be or remain in the United States legally. Processing at the Santa Teresa Station revealed that the Defendant had been previously deported to Mexico via El Paso, Texas on or about July 27, 2023. This was subsequent to an aggravated felony conviction for "Robbery" in the State of Colorado on or about November 13, 2001. There is no evidence that the Defendant received permission from the Appropriate Authority to reapply for admission into the United States.

☐  Continued on the attached sheet.

_____
*Complainant's signature*

David Kraft  Agent
*Printed name and title*

*VIA PHONE*

Sworn to before me and signed in my presence.

_____
GREGORY J. FOURATT
U.S. MAGISTRATE JUDGE
*Printed name and title*

Date:  August 19, 2023
_____

City and state: Las Cruces, N.M.
_____