# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

Before the Honorable **KEVIN R. SWEAZEA**

CRIMINAL CLERK'S MINUTES at Las Cruces

| Case Number: | **23-1306 MJ** | Date: | 8/30/2023 | Recording Information: | **LCR-SIERRA BLANCA** |
|---|---|---|---|---|---|
| Clerk: | **V. RUIZ** | Type of Hearing: | | **PRELIMINARY/DETENTION** | |

| Defendant(s): | Attorney(s): | Appt'd | Ret'd. |
|---|---|---|---|
| **ALFONSO CHAVEZ-RODRIGUEZ** | **DANIEL RUBIN** | ☒ | ☐ |
| | | ☐ | ☐ |

| Assistant U.S. Attorney: | **MATILDA VILLALOBOS** | Interpreter: | **N/A** |
|---|---|---|---|
| Pretrial Officer: | **LAURA GARIBAY** | Court in Session: | **9:32 a.m.-9:49 a.m. (17 min)** |

| | |
|---|---|
| ☐ | Agent sworn in open Court |
| ☐ | Court questions Defendant regarding his/her physical and mental condition, age, education |
| ☒ | Court advises Defendant(s) of possible penalties and all constitutional rights |
| ☐ | ORAL Motion for Detention Hearing by Government |
| ☐ | Court grants  ☐ Government's ☐ Defense counsel's oral motion to continue detention hearing |
| ☒ | Waiver of  preliminary hearing only |
| ☐ | Set for change of plea on |

| | |
|---|---|
| ☒ | Defendant detained as a flight risk |
| ☐ | Conditions of Release continued on Page 2 |

| | |
|---|---|
| ☒ | Other:  DEFENSE COUNSEL ADDRESSES COURT, REQUESTS RELEASE; DEFENSE COUNSEL ADDRESSES DEFENDANT'S STATUS IN THIS COUNTRY; GOVERNMENT OPPOSED TO RELEASE, CITES CRIMINAL HISTORY, STRONG TIES TO MEXICO. AT THIS TIME, COURT WILL DETAIN DEFENDANT AND IS WILLING TO RECONSIDER IF ANY CHANGES AND A MOTION IS FILED. |