IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | NO. 23-mj-1306-GJF |
| ) | |
| vs. ) | |
| ) | |
| **ALFONSO CHAVEZ-RODRIGUEZ** ) | |
| **a.k.a. NATHAN ISAIAH ANFINSON**, ) | |
| ) | |
| Defendant. ) | |

MOTION TO DISMISS CRIMINAL COMPLAINT WITHOUT PREJUDICE

The United States of America moves this Court, pursuant to Fed. R. Crim. P. 48, to dismiss without prejudice the Criminal Complaint filed on August 21, 2023, in this matter. As grounds, the United States provides that it is in the interest of justice. Counsel for the defendant does not oppose this motion.

WHEREFORE, the United States respectfully requests this Court enter an Order dismissing without prejudice the Criminal Complaint filed on August 21, 2023, as to Defendant ALFONSO CHAVEZ-RODRIGUEZ.

        Respectfully submitted,

        ALEXANDER M.M. UBALLEZ
        United States Attorney

        */s/   Filed Electronically on 8/30/2023*
        MATILDA MCCARTHY VILLALOBOS
        Assistant U.S. Attorney
        200 N. Church Street
        Las Cruces, NM  88001
        (575) 522-2304

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing document using the Court's CM/ECF filing system which will send electronic notification to opposing counsel of record.

*/s/ Filed Electronically on 8/30/2023*
MATILDA MCCARTHY VILLALOBOS
Assistant U.S. Attorney