IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) NO. 23-mj-1306-GJF |
| | ) |
| vs. | ) |
| | ) |
| **ALFONSO CHAVEZ-RODRIGUEZ** | ) |
| **a.k.a. NATHAN ISAIAH ANFINSON**, | ) |
| | ) |
| Defendant. | ) |

ORDER DISMISSING CRIMINAL COMPLAINT WITHOUT PREJUDICE

THIS MATTER having come before the Court on the written Motion of the United States Attorney for the District of New Mexico, for an Order dismissing the Criminal Complaint filed on August 21, 2023, and the Court being fully advised in the premises, FINDS that the motion is well-taken and should be granted.

IT IS THEREFORE ORDERED that the Criminal Complaint filed on August 21, 2023, be and hereby is dismissed without prejudice as to Defendant ALFONSO CHAVEZ-RODRIGUEZ.

IT IS FURTHER ORDERED that the Clerk shall provide two certified copies of this Order to the United States Marshal as authority to proceed hereunder.

_____
UNITED STATES MAGISTRATE JUDGE